UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:18-CR-00456-AGF |
| ANTOINE DORSEY, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER AND MEMORANDUM**

The United States seeks an order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account of defendant Antoine Dorsey as payment towards the outstanding criminal monetary penalties imposed in this case. The government served the motion on defendant Dorsey at his place of incarceration; Dorsey filed a response in opposition, and the Government has replied.

Defendant Antoine Dorsey is currently incarcerated at FCI Ray Brook, a Bureau of Prisons facility in Ray Brook, New York. He is scheduled to be released from federal custody on February 4, 2025. In addition to his sentence of incarceration, the judgment also included restitution in the amount of $8,745.00, joint and several with his co-defendant, and a special assessment of $100. To date Defendant has paid a total of $1,977.03 toward the total balance of the debt, and $4,604.42 remains owed and outstanding.

After the government determined that the U.S. Treasury Department had credited a CARES Act stimulus tax credit to Dorsey's inmate trust account at the Bureau of Prisons, it

sought and obtained an encumbrance on that fund. Its motion seeks to have all funds now held in the inmate trust fund turned over to the Clerk of Court for payment toward the outstanding criminal monetary penalties.

For the reasons set out in the government's motion and memorandum, it is entitled to the relief it seeks. 18 U.S.C. § 3613(a) establishes that the restitution judgment acts as a lien on Dorsey's property. 18 U.S.C. § 3664(n) provides:

> If a person obligated to provide restitution, or pay a fine, receives substantial resources from any source, including inheritance, settlement, or other judgment, during a period of incarceration, such person shall be required to apply the value of such resources to any restitution or fine still owed.

Additionally, the judgment required that defendant notify the court and United States attorney of any material changes in his economic circumstances. Dorsey did not notify the court and U.S. Attorney's office of his receipt of the stimulus payment. Under the authority set out in the above statutes, I will grant the government's motion and will order that all funds in Dorsey's inmate trust fund, up to the sum of $1,936.92, be turned over to the Clerk of Court for payment toward Dorsey's criminal monetary penalties.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion of the United States of America to Authorize Payment from Inmate Trust Account of Antoine Dorsey [161] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Bureau of Prisons shall turn over the funds in the inmate trust account of Antoine Dorsey up to the sum of $1,936.92 to the Clerk of Court for payment towards Dorsey's criminal monetary penalties. The check should be made payable to the Clerk of Court, United States District Court for the Eastern District of

Missouri and should include the defendant's name and the court's case number on the check.  The check shall be mailed to the Clerk of Court at the Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, St. Louis MO 63102.

    Dated this 22nd day of January, 2024.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE